**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-02423-RBJ-KMT

SUZANNE FABER,
On behalf of herself and all others
similarly situated,

       Plaintiffs,

v.

TOWNSEND FARMS, INC., an Oregon
corporation doing business in Colorado;
PURLEY POMEGRANATE, INC., a California corporation;
FALLON TRADING CO., INC., a Pennsylvania corporation;
UNITED JUICE CORP., a New Jersey corporation; and
DOES 1 through 100, inclusive,

       Defendants.

_____

***ORDER RE: PLAINTIFF'S MOTION TO VOLUNTARILY***
***DISMISS PLAINTIFF'S CLAIMS, WITHOUT PREJUDICE [ECF No. 56]***
_____

    IT IS HEREBY ORDERED that the Plaintiff may dismiss her claim against all parties in this case, without prejudice and without an award of costs to any party.

    DATED this 14th day of July, 2014.

                                          BY THE COURT:

                                          */s/ R. Brooke Jackson*

                                          R. Brooke Jackson
                                          United States District Judge